FILED by **KS** D.C.

Jul 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20396-CR-WILLIAMS/MCALILEY**
CASE NO. _____

8 U.S.C. § 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

CHRISTOPHER OLANZA CAMPBELL,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

On or about June 29, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER OLANZA CAMPBELL,**

an alien, having previously been removed and deported from the United States on or about May 31, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
PETER A. LASERNA
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

**Christopher Olanza Campbell**

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | |
|---|---|
| New defendant(s) | ☐ Yes  ☐ No |
| Number of new defendants | _____ |
| Total number of counts | _____ |

**Court Division:** (Select One)
- ☑ Miami
- ☐ Key West
- ☐ FTL
- ☐ WPB
- ☐ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      ☑
   - II  6 to 10 days    ☐
   - III 11 to 20 days   ☐
   - IV  21 to 60 days   ☐
   - V   61 days and over ☐

   (Check only one)
   - Petty       ☐
   - Minor       ☐
   - Misdemeanor ☐
   - Felony      ☑

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  06/29/21 (Immigration)
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

/s/ Peter A. Laserna
_____
Peter A. Laserna
Assistant United States Attorney
Court ID No.      A5502555

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Christopher Olanza Campbell

**Case No.:** _____

Count # 1

Illegal Reentry of Removed Alien

Tile 8, United States Code, Sections 1326(a) and (b)(2)

**\* Max. Penalty:**      20 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.